141 So. 927

## William WALKER v. STATE.
### 6 Div. 197.

Court of Appeals of Alabama.
May 10, 1932.

RICE, J.
Affirmed.

BRICKEN, Presiding Judge.

This appeal is upon the record proper. The assignments of error are predicated upon adverse rulings of the court (1) in sustaining demurrers to appellants' plea in abatement; (2) in overruling appellants' demurrer to the complaint which consisted of one count only.

From the view we take of this case, it needs no extended discussion, as the points of decision here involved have each been decided adversely to appellants' insistence in the case of James et al. v. Harry Kitzinger & Co., 13 Ala. App. 448, 68 So. 582, in which is cited the case of Jaffe v. Fidelity & Deposit Co., 7 Ala. App. 206, 60 So. 966.

. The rulings of the court complained of were without error; therefore the judgment from which this appeal was taken will stand affirmed.

Affirmed.

148 So. 926

## Ura, alias U. R. WALL, v. STATE.
### 8 Div. 772.

Court of Appeals of Alabama.
June 6, 1933.

RICE, Judge.
Appeal dismissed.

145 So. 926

## M. L. WALLS v. CITY OF HUNTSVILLE.
### 8 Div. 607.

Court of Appeals of Alabama.
Jan. 19, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

139 So. 926

## El WALLACE v. STATE.
### 8 Div. 493.

Court of Appeals of Alabama.
Feb. 2, 1932.

SAMFORD, J.
Appeal dismissed.

149 So. 927

## Jesse WALLER et al. v. A. L. GWIN.
### 7 Div. 926.

Court of Appeals of Alabama.
Oct. 3, 1933.

McCord & McCord, of Gadsden, for appellants.
W. T. Murphree, of Gadsden, for appellee.

145 So. 926

## J. W. WALLS et al. v. J. A. PROCTOR.
### 8 Div. 612.

Court of Appeals of Alabama.
Jan. 19, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.